IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTHUR REED | : | CIVIL ACTION |
| *Petitioner* | : | |
| | : | NO. 13-4257 |
| v. | : | |
| | : | |
| WAYNE GAVIN, *et al.* | : | |
| *Respondents* | : | |

FILED
FEB 18 2014
MICHAEL E. KUNZ, Clerk

## ORDER

**AND NOW**, this 18th day of February 2014, upon consideration of the pleadings and record herein, the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, and the Objections to the Report and Recommendation filed by Petitioner Arthur Reed, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Petitioner's petition for a writ of habeas corpus is **DENIED**; and

3. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO, J.